## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Pacific Prairie Holdings, LLC,                          Case No. 25-22125-gmh

        Debtor.                                    Chapter 11

## DECLARATION OF SERVICE FOR MOTION FOR ENTRY OF ORDER (A) AUTHORIZING PACIFIC PRAIRIE HOLDINGS, LLC'S USE OF CASH COLLATERAL AND (B) GRANTING ADEQUATE PROTECTION

I, Michael J. Doerr, declare that I am a paralegal with Swanson Sweet LLP, and that on April 18, 2025, I filed a true copy of the *Motion for Entry of Order (A) Authorizing Pacific Prairie Holdings, LLC's Use of Cash Collateral and (B) Granting Adequate Protection* in the above matter, via the Court's CM/ECF system, and mailed a copy to the parties indicated below, via email and U.S. Mail, postage prepaid, thereby effecting service on all necessary parties:

Waukesha State Bank                     Waukesha State Bank
Daniel J. Habeck                        Beth M. Brockmeyer
Cramer Multhauf LLP                     Cramer Multhauf LLP
djh@cmlawgroup.com                      bb@cmlawgroup.com
1601 E. Racine Ave., Suite 200          1601 E. Racine Ave., Suite 200
Waukesha, WI 53186                      Waukesha, WI 53186

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on April 21, 2025.                    */s/ Michael J. Doerr*
                                              Michael J. Doerr